

### NUMBER 13-15-00011-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

DAVID P. DESENBERG, FLATMAX ENERGY, L. P.,     **Appellants,**
FLATMAX OIL & GAS, L.L.C., KEITH H. BAKER,
REAGAN RICH, AND BIG REEF ENERGY, L.L.C.,

**v.**

EVEREST RESOURCE COMPANY, C-5 OIL & GAS, LTD.,     **Appellees.**

---

### On appeal from the 319th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellants, David P. Desenberg, Flatmax Energy, L.P., Flatmax Oil & Gas, L.L.C., Kieth H. Baker, Regan Rich, and Big Reef Energy, L.L.C., perfected an appeal from a judgment entered by the 319th District Court of Nueces County, Texas, in cause number 2014-DCV-5125-G. The parties have filed a joint motion to dismiss the appeal on

grounds that the parties have entered into a settlement agreement. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
28th day of May, 2015.